# HEATON | FONTANO
ATTORNEYS AT LAW

> Conference adjourned from February 20, 2020 to March 24, 2020 at 12:00 p.m.
> SO ORDERED.
> Dated: 2/19/2020
>
> *P. Kevin Castel*
> United States District Judge

**JONATHAN W. HEATON**
136 E South Temple, Ste 1400
Salt Lake City, UT 84111
O: 801-253-3305 | F: 702-763-7385
jon@heatonfontano.com

February 18, 2020

*Filed via ECF*

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **First Data Merchant Services v. MM Development Company, Inc., et al.**
              **Case No. 19-cv-10964 (PKC)**

Dear Judge Castel:

    This law firm represents Strandview Enterprises LLC, Sunrise Pharmacy LLC, Blue Wave Management, LLC, and Inland Medical Consultants, LLC, each of which are seeking to intervene in above-referenced interpleader case. We write to request an adjournment of the Initial Conference which is scheduled for this coming Thursday, February 20, 2020, to a later date. An adjournment of the Initial Conference appears to have been granted once before in connection with another party's request for an extension of time to respond to the Complaint.

    We are finalizing a motion to intervene and a proposed answer and cross-claim, which we anticipate being able to file by later today. The reason for the request for an adjournment is to allow sufficient time for the motion to intervene to be heard and decided. To that end, we would defer to the Court on setting a new date for the Initial Conference but would recommend a date that is at least 30 days from the currently scheduled date.

    I reached out to all counsel of record about this request, and as of the time of this filing Plaintiff, Defendant Pelican Communications, Inc., and Defendant GTR Source, LLC have each responded with their consent to moving the Initial Conference date. No objections have been received.

                            Sincerely,

                            HEATON FONTANO, LTD.

                            Jonathan W. Heaton

Cc:    All counsel of record (via ECF)