```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
```
First Data Merchant Services LLC,

                Plaintiff(s),                ORDER

        -against-

                                                        19 Civ. 10964 (PKC)

MM Development Company, d/b/a Planet 13,

                Defendant(s).
```
-------------------------------------------------------x
```

CASTEL, U.S.D.J.

        Due to the COVID-19 situation, conferences with the Court in civil cases through April 17, 2020 will be held by teleconferencing. Each scheduled conference will take place on the date and time originally set. This case is set for March 24, 2020 at 12:00 p.m.

        No later than forty-eight hours before the conference, plaintiff's counsel shall:

(a) contact all defendants' counsel to provide defense counsel with call-in information;

(b) email the call-in information to castelnysdchambers@nysd.uscourts.gov; and

(c) for an initial pretrial conference, email a copy of the agreed upon Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov.

        SO ORDERED.

                                                      P. Kevin Castel
                                                      United States District Judge

Dated:  New York, New York
           March 18, 2020