# C | T | S | W
## COHEN TAUBER SPIEVACK & WAGNER P.C.

Sari E. Kolatch

Direct: 212-381-8729
Email: skolatch@ctswlaw.com

October 15, 2020

Conference Adjourned
From: Oct. 16, 2020
To: Nov. 19, 2020 at 10:30 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 10-15-20

*Via ECF and Facsimile*

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *First Data Merchant Services LLC v. MM Development Company, Inc. et al.*
Case No. 19-cv-10964 (PKC)

Dear Judge Castel:

This firm represents GTR Source, LLC ("GTR"), one of the interpleader defendants in the above referenced case. We write on behalf of all current parties to provide an update on the status of settlement discussions and to request a short adjournment of the case management conference currently scheduled for Friday, October 16, 2020 at 5:30 PM.[1]

In accordance with the Case Management Order the parties participated in a video settlement conference yesterday. We had a meaningful discussion about the framework of a settlement and are scheduled to meet again on Wednesday, October 21 after we have conferred with our respective clients. Fact discovery on the case has been completed and none of the parties intend to use an expert in this case.

Accordingly, we request an adjournment of the case management conference to provide the parties sufficient time to complete the settlement discussions.[2] If we are able to reach a resolution, we will submit a stipulation to the Court in advance of the conference.

We appreciate in advance Your Honor's consideration of this request.

---

[1] On October 8, 2020, I submitted a prior request to the Court via ECF to change the time or date of the conference due to my religious observance. A copy of that letter is attached.

[2] We are mindful that the Court has a busy schedule and we want to avoid repeated requests for adjournments. The parties respectfully request that the conference not be scheduled for October 23, 28-30 or November 5 or 6 to accommodate previously scheduled travel and family medical matters.

C | T | S | W

Honorable P. Kevin Castel
October 15, 2020
Page 2 of 2

Respectfully submitted,

*Sari E. Kolatch*

Sari E. Kolatch

cc: All counsel of record (via ECF)

# C | T | S | W

## COHEN TAUBER SPIEVACK & WAGNER P.C.

Sari E. Kolatch

Direct: 212-381-8729
Email: skolatch@ctswlaw.com

October 8, 2020

*Filed Via ECF*

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *First Data Merchant Services LLC v. MM Development Company, Inc. et al.*
             Case No. 19-cv-10964 (PKC)

Dear Judge Castel:

      This firm represents GTR Source, LLC ("GTR"), one of the interpleader defendants in the above referenced case. We write to request a change of time or date for the case management conference currently scheduled for Friday, October 16, 2020 at 5:30 PM.

      I am a Sabbath observer and the only attorney at my firm representing GTR in this matter. Given that the days are getting shorter, should the conference proceed as scheduled, I would have to leave by 5:45. Given the number of parties on the case, it is unlikely that with a 5:30 start the conference will completed by then. Accordingly, we respectfully request that the conference either be moved to an earlier time on October 16 or to a different date. Counsel for all parties have consented to this request.

      We appreciate in advance Your Honor's consideration of this request.

Respectfully submitted,

*Sari E. Kolatch*

Sari E. Kolatch

cc:    All counsel of record (via ECF)