UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FIRST DATA MERCHANT SERVICES LLC,

                Plaintiffs,                19-cv-10964 (PKC)

    -against-

                                                                   <u>ORDER</u>

MM DEVELOPMENT COMPANY ET AL

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The Court will hold a teleconference in this matter on Thursday, November 19, 2020 at 10:30 AM.  The dial-in information for this conference is as follows:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                                 P. Kevin Castel
                                                          United States District Judge

Dated:  New York, New York
       November 12, 2020