UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FIRST DATA MERCHANT SERVICES LLC,

                Plaintiff,                        19-cv-10964 (PKC)

     -against-                           ORDER

MM DEVELOPMENT COMPANY d/b/a
PLANET 13; SISTEM COMMERCE CITY LLC
d/b/a SILVER STEM FINE CANNABIS; KTZ
HOLDINGS, INC. d/b/a SILVER STEM; GTR
SOURCE, LLC; NEW YORK CITY MARSHAL
STEPHEN W. BIEGEL; ML FACTORS
FUNDING LIMITED LIABILITY COMPANY;
PELICAN COMMUNICATIONS, INC. d/b/a
THE PELICAN GROUP; LINX CARD, INC.;
and GIVV, INC.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter will be held telephonically on January 11, 2021 at 11 a.m.  The call-in information for this teleconference is:

        Dial-in:        (888) 363-4749

        Access Code:  3667981

SO ORDERED.

Dated: New York, NY
       January 8, 2021

                                          P. Kevin Castel
                                    United States District Judge